UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MASTERFILE CORPORATION,

    Plaintiff,

    v.

SHEILA M. ADDISON,

    Defendant.

Case No. 16-cv-00293-LB   (DMR)

**ORDER RE: SETTLEMENT CONFERENCE**

The court has received a letter stating that Dr. Addison requests to be excused from personal attendance at the settlement conference scheduled for Friday, July 22 at 11:00 a.m. Dr. Addison's request to be excused from personal attendance at the settlement conference is denied. She must attend the settlement conference in person.

**IT IS SO ORDERED.**

Dated: July 18, 2016

Donna M. Ryu
United States Magistrate Judge