United States District Court
Northern District of California

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 San Francisco Division

11

| | |
|---|---|
| 12 MASTERFILE CORPORATION, | Case No.  16-cv-00293-LB |
| 13       Plaintiff, | |
| 14    v. | ORDER OF CONDITIONAL DISMISSAL |
| 15 SHEILA M. ADDISON, | |
| 16       Defendant. | |

17

18   Magistrate Judge Ryu advised the undersigned that the parties settled their case. Given that

19 settlement, the court orders that the case be dismissed without prejudice. If any party certifies to

20 the court within **90** days (with proof of service on opposing counsel) that the agreed consideration

21 has not been delivered, then this order will stand vacated, and this case will be restored to the

22 calendar to be set for trial. If no certification is filed, then after 90 days, the dismissal will be with

23 prejudice.

24   **IT IS SO ORDERED.**

25   Dated: July 25, 2016                           _____

26                                                          LAUREL BEELER
                                                         United States Magistrate Judge
27
28

ORDER (No. 16-cv-00293-LB)