UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL CONFERENCE MINUTE ORDER

| **Date:** 7/22/16 | **Time:** 4 hours 20 minutes | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 3:16-cv-00293-LB | **Case Name:** Masterfile Corporation v. Addison | |

**For Plaintiff:**
Carolyn Wright
Dan Pollack

**For Defendant:**
Christian Lee
Christopher Kelley
Dr. Sheila Addison

**Deputy Clerk:** Ivy Lerma Garcia            **FTR Under Seal:** 3:13-3:19

PROCEEDINGS

Settlement conference held.  Matter fully settled.

**Order Re:  Sealed Settlement Transcript and FTR to be issued by:**
( )    Plaintiff            ( )    Defendant            (X)    Court

cc:  Chambers